**Mandamus Denied and Opinion Filed January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00085-CV

## IN RE K.W. MINISTRIES, INC. d/b/a CRUSH AUTO SALES, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05094**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Fillmore

Relator contends the trial judge erred in disqualifying its counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

ROBERT M. FILLMORE
JUSTICE

130085F.P05